IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Hector Ruiz, § | |
| § | |
| Plaintiff § | |
| § | C.A. NO. 3:15-cv-00106-DCG |
| v. § | |
| § | |
| Union Pacific Railroad Company, § | |
| § | |
| Defendant § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties have settled this matter and have executed a confidential Settlement Agreement and Release of Claims.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate and agree that all claims in the above-captioned action shall be dismissed in their entirety, with prejudice, and without right of appeal.  The parties further stipulate and agree that an order dismissing the above-captioned action in its entirety, with prejudice, shall be entered without further notice or hearing.

DATED:  December 6, 2016                                  Respectfully Submitted,

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| /s/ Robert M. Tramuto | /s/ Carlos Rincon |
| Robert M. Tramuto | Carlos Rincon |
| SBN: 20186300 | crincon@rinconlawgroup.com |
| 10000 Memorial Drive, Suite 888 | SBN:  16932700 |
| Houston, Texas  77024 | Valerie R. Auger |
| 713/668-0230 | SBN:  24076251 |
| 713/956-7139 fax | vaguer@rinconlawgroup.com |
| btra@jonesgranger.com | Rincon Law Group, P.C. |
|  | 1014 N. Mesa, Suite 200 |
| Jeffrey McElroy | El Paso, TX  79902 |
| SBN: 13584050 | 915-532-6800 |
| Davie, Valdez & McElroy, P.C. | 915-532-6806 fax |
| 1801 N. Stanton Street |  |
| El Paso, Texas 79902 | Fred Wilson |
| 915/219-5059 | SBN: 00788687 |
| 915/532-8777 fax | John Rohlf Jewell |
| jeff@dvmlawyers.com | *Pro Hac Vice* |
|  | SBN: 024046157 |
|  | Union Pacific Railroad Company |
|  | 801 Louisiana, Suite 300 |
|  | Houston, Texas  77002 |
|  | 713/220-3224 |
|  | 713/220-3215 fax |
|  | fredwilson@up.com |
|  | jrjewell@up.com |